# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 7, 2022

## NO. 03-22-00171-CV

**Juan Enriquez, Appellant**

**v.**

**David Callender, M. D., Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION**
**OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on January 19, 2022. Having reviewed the record, the Court holds that Juan Enriquez has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.